BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700



**FILED**

OCT 12 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:09-CR-00455 EJG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION TO REDUCE SENTENCE** |
| v. | |
| OWEN CHARLES | |
| Defendant. | |

C\EJZ

The United States has noticed a Rule 35 motion to be heard on October 12, 2012. The parties

jointly request that the Court continue hearing on the motion until 10:00 a.m. on October 26, 2012.

The reason for this request is that the undersigned Assistant United States Attorney and agents of the

IRS need to meet with Defendant prior to the hearing and counsel for Defendant has been out of the

//

//

//

//

//

1

District and unavailable until this week. An additional two more weeks should provide sufficient time complete both sides' preparation.

DATED: October 10, 2012

BENJAMIN B. WAGNER
United States Attorney

By:

/s/ Matt Segal
MATTHEW D. SEGAL
Assistant United States Attorney

DATED: October 10, 2012

/s/ Krista Hart
KRISTA HART
Attorney for Defendant

SO ORDERED.

DATED:    10/12/12

HON. EDWARD J. GARCIA
U.S. District Judge